UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOE HAND PROMOTIONS, INC.,

                    Plaintiff,
-against-

MIGUEL A. CANELA, et al.,
            Defendants.
------------------------------------------------------------- X

03-CV-0220 (ARR)(CLP)

NOT FOR
ELECTRONIC OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

    I have received the Report and Recommendation on the instant case, dated July 6, 2005, from the Honorable Cheryl L. Pollak, U.S. Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

    Accordingly, the court orders that plaintiff be awarded statutory and enhanced damages in the amount of $11,500.00. This total amount represents $1,500 in statutory damages and $10,000 in enhanced damages because defendants acted willfully and for purposes of private financial gain. Furthermore, the court orders that plaintiff's requests for auditor's fees and an award of prejudgment interest are denied.

    SO ORDERED.

                                                  Allyne R. Ross
Dated: August 15, 2006                 United States District Judge
       Brooklyn, New York

## SERVICE LIST:

**Plaintiff's Attorney**
**Julie Cohen Lonstein**
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

**Defendants**
**Miguel A. Canela**
102-58 43rd St.
Corona, NY 11368

**Miguel A. Canela**
102-58 43rd Ave.
Corona, NY 11368

**Marlin Restaurant, Inc.**
102-58 43rd St.
Corona, NY 11368

**Marlin Restaurant, Inc.**
102-58 43rd Ave.
Corona, NY 11368

cc:   Magistrate Judge Cheryl L. Pollak