UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

                           Plaintiff,

-against-

MIGUEL A. CANELA, et al.,

                           Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 0220 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 16, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated July 6, 2005, after a de novo review of the record; directing the Clerk of Court to enter judgment awarding plaintiff statutory and enhanced damages in the amount of $11,500.00, this total amount represents $1,500.00 in statutory damages and $10,000.00 in enhanced damages because defendants acted willfully and for purpose of private financial gain; and denying plaintiff's request for auditor's fees and an award of prejudgment interest; it is

JUDGMENT
03CV0220 (ARR)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that judgment is hereby entered in favor of plaintiff, Joe Hand Promotions, Inc., and against defendants, Miguel A. Canela, et al., awarding plaintiff statutory and enhanced damages in the amount of $11,500.00, this total represents $1,500.00 in statutory damages and $10,000.00 in enhanced damages because defendants acted willfully and for purpose of private financial gain; and that plaintiff's request for auditor's fees and an award of prejudgment interest are denied.

Dated: Brooklyn, New York
      August 17, 2006

                                      ROBERT C. HEINEMANN
                                      Clerk of Court